UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:12-CV-14 |
| | § | |
| HEARTBRAND BEEF, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **NOTICE REGARDING TELEPHONE CONFERENCE**

The parties are hereby notified that a telephone conference on Plaintiff's Letter (Docket Entry No. 39) is now set for the following date and time.

**June 20, 2013 at 3:30 p.m**.

The parties should call in to the court's conference line, **(409) 763-7880,** at the designated time.

June 18, 2013                          David Bradley
                                       UNITED STATES DISTRICT CLERK


                                       By:   Arturo Rivera
                                             Case Manager