IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-cv-14 |
| | § | |
| HEARTBRAND BEEF, INC., | § | |
| AMERICAN AKAUSHI | § | |
| ASSOCIATION, INC., | § | |
| and RONALD BEEMAN, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTIONS

Pending before the Court is Defendants HeartBrand Beef, Inc., American Akaushi Association, and Ronald Beeman's ("Defendants") Motion to Expedite Consideration of their Motion for Leave to File Amended Answer and Counterclaim and Motion to Open and Close the Argument and the Evidence at Trial (the "Motion"). The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the submission date for Defendants' Motion for Leave to File Amended Answer and Counterclaim and Motion to Open and Close the Argument and the Evidence at Trial shall be May 6, 2014. Plaintiff shall be required to file its responses to those motions, if any, no later than May 6, 2014.

Signed this 30th day of April, 2014.

_____
Hon. Gregg Costa
United States District Judge