UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:12-CV-14 |
| | § | |
| HEARTBRAND BEEF, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# DOCKET CONTROL ORDER

It is ORDERED that the following schedule shall govern the disposition of this case:

| | |
|---|---|
| Plaintiff's renewed motion for JMOL; Defendants will identify the remedies they will seek in the judgment: | June 26, 2014 |
| Defendants' motion for entry of judgment: | July 17, 2014 |
| Defendants' response to renewed motion for JMOL: | July 17, 2014 |
| Plaintiff's reply in support of renewed motion for JMOL: | July 31, 2014 |
| Plaintiff's response to motion for entry of judgment: | August 11, 2014 |
| Defendants' reply in support of motion for entry of judgment: | August 22, 2014 |
| Evidentiary/argument hearing on motions: | September 11, 2014 at 10:00 a.m. |

SIGNED this 9th day of June, 2014.

                                                           _____
                                                          Gregg Costa
                                          United States Circuit Judge
                                             (Sitting by Designation)