IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 6:12-cv-14 |
| HEARTBRAND BEEF, INC., AMERICAN AKAUSHI ASSOCIATION, INC., and RONALD BEEMAN, | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THE PAGE LIMITATIONS ON THEIR RESPONSE TO BEAR RANCH'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER <u>FEDERAL RULE OF CIVIL PROCEDURE 50(b)</u>

Pending before the Court is Defendants HeartBrand Beef, Inc., American Akaushi Association, and Ronald Beeman's (collectively, the "Defendants") Unopposed Motion for Leave to File a Brief in Excess of the Page Limitations on Their Response to Bear Ranch's Renewed Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(b). The Court, having reviewed the Motion, and any response, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Response to Bear Ranch's Renewed Motion for Judgment as a Matter of Law under Federal Rule of Civil

Procedure 50(b) is permitted to exceed the default page limits set forth in Procedure B(6)(E) up to and including 50 pages of argument.

Signed this 18th day of July, 2014.

_____
Hon. Gregg Costa
United States Circuit Judge
(sitting by designation)