UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:12-CV-14 |
| | § | |
| HEARTBRAND BEEF, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are hereby notified that the argument on the pending motions is now set for the following date and time. Parties will each have one hour to argue both motions.

**September 24, 2014 @ 10:00 a.m.**

United States District Court
Courtroom 8B
515 Rusk Avenue
Houston, TX 77002

Date: September 12, 2014          DAVID BRADLEY, CLERK
                                  By: Arturo Rivera, Case Manager