|   |   | Andrien quantity used at trial | Jury answer on buy-back price | Bear Ranch current inventory |
|---|---|---|---|---|
| a | 424 HeartBrand group | 1,548 | $6,034,000 $3,898/head | 1,547 |
| b | 514 Beeman group | 1,800 | $6,832,000 $3,796/head | 1,719 |
| c | Known to be in either a or b |   |   | 352 |
| d | Spears and Twinwood groups | 311 | $1,162,000 $3,736/head | 216 |
|   | Total cattle | 3,659 |   | 3,834 |

