UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BEAR RANCH, LLC, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 6:12-CV-14 |
| § | |
| HEARTBRAND BEEF, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

It is **ORDERED** that the parties will not to make any additional filings without first requesting leave of the Court.

SIGNED this 15th day of October, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation

1 / 1