# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:12-cv-00014 |
| | § | |
| HEARTBRAND BEEF, INC., | § | |
| AMERICAN AKAUSHI | § | |
| ASSOCIATION, INC., | § | |
| and RONALD BEEMAN, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Bear Ranch, LLC respectfully requests that attorney J. Campbell Barker (State Bar No. 24049125) be withdrawn as its counsel of record in this matter.  Mr. Barker, who has appeared as counsel for Plaintiff, is departing the firm of Yetter Coleman LLP to take a job in the public sector.  Plaintiff will continue to be represented by its counsel of record at Yetter Coleman LLP and The Seger Firm PC.  Defendants do not oppose this request.

Based on the foregoing, Plaintiff respectfully requests that the Court terminate J. Campbell Barker as counsel of record in this matter.

Dated:  December 31, 2014            Respectfully submitted,

/s/ R. Paul Yetter
R. Paul Yetter
Attorney-in-Charge

> State Bar No. 22154200
> Collin J. Cox
> YETTER COLEMAN LLP
> 909 Fannin, Suite 3600
> Houston, Texas 77010
> (713) 632-8000
> (713) 632-8002 (Fax)
>
> Andrew R. Seger
> State Bar No. 24046815
> THE SEGER FIRM, P.C.
> P.O. Box 98433
> Lubbock, Texas 79499
> (806) 793-1906
> (806) 793-1979 (Fax)
>
> Attorneys for Plaintiff Bear Ranch, LLC

## CERTIFICATE OF CONFERENCE

I certify that Defendants have been consulted through counsel and do not oppose this motion.

> /s/ R. Paul Yetter
> R. Paul Yetter

## CERTIFICATE OF SERVICE

I certify that on December 31, 2014, a copy of this document was served on all counsel of record using the Court's e-filing system.

> /s/ R. Paul Yetter
> R. Paul Yetter