# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:12-cv-00014 |
| | § | |
| HEARTBRAND BEEF, INC., | § | |
| AMERICAN AKAUSHI | § | |
| ASSOCIATION, INC., | § | |
| and RONALD BEEMAN, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

To the Clerk of the Court and All Parties of Record:

Plaintiff Bear Ranch, LLC, files this notice that James E. Zucker is appearing as additional counsel of record for Plaintiff Bear Ranch, LLC in this matter and requests that copies of all notices and filings also be provided to him.

Mr. Zucker's contact information is:

James E. Zucker
State Bar No. 24060876
Court Bar No. 957831
Yetter Coleman LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone: (713) 632-8000
Facsimile:  (713) 632-8002
Email: jzucker@yettercoleman.com

Dated:  January 7, 2015          Respectfully submitted,

                                 /s/ R. Paul Yetter
                                 R. Paul Yetter
                                 Attorney-in-Charge
                                 State Bar No. 22154200
                                 Collin J. Cox
                                 YETTER COLEMAN LLP
                                 909 Fannin, Suite 3600
                                 Houston, Texas 77010
                                 (713) 632-8000
                                 (713) 632-8002 (Fax)

                                 Andrew R. Seger
                                 State Bar No. 24046815
                                 THE SEGER FIRM, P.C.
                                 P.O. Box 98433
                                 Lubbock, Texas 79499
                                 (806) 793-1906
                                 (806) 793-1979 (Fax)

                                 Attorneys for Plaintiff Bear Ranch, LLC

## CERTIFICATE OF SERVICE

I certify that on January 7, 2015, a copy of this document was served on all counsel of record using the Court's e-filing system.

                                 /s/ R. Paul Yetter
                                 R. Paul Yetter