IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| BEAR RANCH, LLC, § § Plaintiff, § § vs. § § HEARTBRAND BEEF, INC., § AMERICAN AKAUSHI § ASSOCIATION, INC., § and RONALD BEEMAN, § § Defendants. § | Civil Action No. 6:12-cv-00014 |

**ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Bear Ranch, LLC's unopposed motion to withdraw J. Campbell Barker as counsel of record for it in this matter. The Court finds that the motion should be GRANTED.

Accordingly, it is ORDERED that J. Campbell Barker is terminated as counsel of record for Bear Ranch, LLC for all purposes in this matter.

SIGNED on this 7th day of January, 2015.

_____
THE HON. GREGG COSTA