# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| BEAR RANCH, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:12-cv-00014 |
| § | |
| HEARTBRAND BEEF, INC., § | |
| AMERICAN AKAUSHI § | |
| ASSOCIATION, INC., § | |
| and RONALD BEEMAN, § | |
| § | |
| Defendants. § | |

## JOINT MOTION FOR LEAVE TO FILE
## NOTICE OF NEW AUTHORITY

Pursuant to this Court's order of October 15, 2014 (Dkt. No. 222), the parties respectfully request leave of Court to file the attached notice of new authority. As stated in the attached notice, the Texas Supreme Court recently issued its opinion in *Phillips v. Carlton Energy Group, LLC*, 12-0255, 2015 WL 2148951 (Tex. May 8, 2015), which is relevant to the standards and methods of valuation.

Because the Texas Supreme Court's recent opinion in *Phillips* clarifies relevant Texas law, the parties respectfully request leave to file the attached notice.

Dated:  May 15, 2015   Respectfully submitted,

   /s/ R. Paul Yetter
   R. Paul Yetter
   Attorney-in-Charge
   State Bar No. 22154200
   James E. Zucker
   YETTER COLEMAN LLP
   909 Fannin, Suite 3600
   Houston, Texas 77010
   (713) 632-8000
   (713) 632-8002 (Fax)

   Andrew R. Seger
   State Bar No. 24046815
   THE SEGER FIRM, P.C.
   P.O. Box 98433
   Lubbock, Texas 79499
   (806) 793-1906
   (806) 793-1979 (Fax)

   Attorneys for Plaintiff Bear Ranch, LLC


   VINSON & ELKINS L.L.P.


   /s/ James A. Reeder, Jr.
   James A. Reeder, Jr.
   Attorney-in-Charge
   Texas Bar No. 16695010
   Federal Bar No. 12381

   1001 Fannin Street, Suite 2500
   Houston, Texas 77002-6760
   Telephone:  713-758-2636
   Facsimile:  713-615-5033

OF COUNSEL:

Jason M. Powers
Texas Bar No. 24007867
Federal Bar No. 23567
Stacy M. Neal
Texas Bar No. 24060322
Federal Bar No. 892868
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760

          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on May 15, 2015, a copy of this document was served on all counsel of record using the Court's e-filing system.

          /s/ R. Paul Yetter
          R. Paul Yetter