# YetterColeman LLP

May 15, 2015

Arturo A. Rivera
Case Manager to the Hon. Gregg Costa
601 Rosenberg Street
Galveston, Texas 77550

      Re:    *Bear Ranch, LLC v. HeartBrand Beef Inc., et al.*, No. 6:12-cv-00014; in the United States District Court for the Southern District of Texas

Dear Mr. Rivera:

      The parties jointly request that you please allow this letter to serve as notice of relevant new authority. On May 8, 2015, the Texas Supreme Court issued its opinion in *Phillips v. Carlton Energy Group, LLC*, 12-0255, 2015 WL 2148951 (Tex. May 8, 2015), which bears on the standards and methods of valuation.

                                      Cordially yours,

                                      YETTER COLEMAN LLP

                                      By: *[signature]*
                                             R. Paul Yetter

                                      Counsel for Bear Ranch, LLC

                                      VINSON & ELKINS L.L.P.

                                      By: */s/James A. Reeder by permission*
                                              James A. Reeder

                                      Counsel for HeartBrand Beef, Inc.