# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:12-cv-00014 |
| | § | |
| HEARTBRAND BEEF, INC., | § | |
| AMERICAN AKAUSHI | § | |
| ASSOCIATION, INC., | § | |
| and RONALD BEEMAN, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR LEAVE
## TO FILE NOTICE OF NEW AUTHORITY

Pursuant to this Court's order of October 15, 2014 (Dkt. No. 222), the parties respectfully request leave of Court to file the attached notice of new authority. As stated in the attached notice, on June 12, 2015, the Texas Supreme Court issued its opinion in *Zorrilla v. Aypco Construction II, LLC*, No. 14-0067 (Tex. June 12, 2015), *available at* http://www.txcourts.gov/media/996492/140067.pdf, which is relevant to one of the issues argued regarding exemplary damages, specifically, whether Texas's statutory cap on exemplary damages must be pleaded as an affirmative defense.

The parties respectfully request leave to file the attached notice.

Dated:  June 13, 2015	Respectfully submitted,

        /s/ R. Paul Yetter
R. Paul Yetter
Attorney-in-Charge
State Bar No. 22154200
James E. Zucker
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)

Andrew R. Seger
State Bar No. 24046815
THE SEGER FIRM, P.C.
P.O. Box 98433
Lubbock, Texas 79499
(806) 793-1906
(806) 793-1979 (Fax)

Attorneys for Plaintiff Bear Ranch, LLC

VINSON & ELKINS L.L.P.


        */s/ James A. Reeder, Jr.*
James A. Reeder, Jr.
Attorney-in-Charge
Texas Bar No. 16695010
Federal Bar No. 12381

1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone:  713-758-2636
Facsimile:  713-615-5033

OF COUNSEL:

Jason M. Powers
Texas Bar No. 24007867
Federal Bar No. 23567
Stacy M. Neal
Texas Bar No. 24060322
Federal Bar No. 892868
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760

                                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on June 13, 2015, a copy of this document was served on all counsel of record using the Court's e-filing system.

                                /s/ R. Paul Yetter
                                R. Paul Yetter

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| BEAR RANCH, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:12-cv-00014 |
| | § | |
| HEARTBRAND BEEF, INC., | § | |
| AMERICAN AKAUSHI | § | |
| ASSOCIATION, INC., | § | |
| and RONALD BEEMAN, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court considered the parties' Joint Motion for Leave to File Notice of New Authority (Dkt. No. 236) and has determined that the motion should be **GRANTED**.

It is therefore **ORDERED** that the notice of new authority shall be filed by the Clerk in this Civil Action.

Signed this __ day of June, 2015

                                                                                    _____
                                                                                             Gregg Costa
                                                                                    United States Circuit Judge[1]

---

[1] Sitting by designation.