# Vinson&Elkins

James A. Reeder, Jr.  jreeder@velaw.com
**Tel** +1.713.758.2202 **Fax** +1.713.615.5947

September 14, 2015

*Via CM/ECF*

The Honorable Gregg J. Costa
c/o Arturo A. Rivera, Case Manager
515 Rusk St, Room 4627
Houston, TX 77002

    Re:    Cause No. 6:12-CV-14; *Bear Ranch, LLC v. HeartBrand Beef, Inc., et al.*; in the United States District Court for the Southern District of Texas

Dear Judge Costa:

    On September 4, 2015, the Court directed the parties to jointly file a proposed final judgment by September 14. The parties' counsel have met in person and by telephone in an effort to comply with the Court's order. The parties request two additional weeks to continue that work.

    We thank the Court for its consideration.

                                Sincerely,

                                Vinson & Elkins L.L.P.

                                */s/ James A. Reeder, Jr.*

                                James A. Reeder, Jr.
                                Counsel for HeartBrand Beef, Inc.

                                Yetter Coleman LLP

                                */s/ R. Paul Yetter*

                                R. Paul Yetter
                                Counsel for Bear Ranch, LLC

**Vinson & Elkins LLP  Attorneys at Law**      1001 Fannin Street, Suite 2500
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London      Houston, TX 77002-6760
Moscow  New York  Palo Alto  Riyadh  San Francisco  Tokyo  Washington      **Tel** +1.713.758.2222 **Fax** +1.713.758.2346  www.velaw.com

**V&E**

    cc:    *Via Email*
           Mr. Arturo A. Rivera, Case Manager
           Arturo_Rivera@txs.uscourts.gov

           *Via CM/ECF*
           Mr. Paul Yetter